People's Surety Company of New York. No opinion. The obligation of the surety continued at least until the discharge of the bond in 1915, unless discharged in the course of the liquidation of the company. Meantime the surety was entitled to the annual premiums. The return of the collateral should be conditioned upon the payment of the premiums, the due amount whereof can be ascertained by the Special Term. Order (82 Misc. Rep. 518, 144 N. Y. Supp. 131) reversed without costs, and motion remitted to the Special Term for the purpose stated.

Bronislaws PERNOK (otherwise known as John Gibson), respt., v. INTERNATIONAL PAPER CO., applt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held: That the verdict is against the weight of the evidence upon the question as to whether the plaintiff's injuries were caused by the alleged "wobbling" of the machine. All concur, except Kruse, P. J., who dissents.

August PESCHMANNS, Respt., v. George B. HAYES, Applt. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Judgment affirmed, with costs. No opinion. Laughlin, J., dissenting. Order filed.

In the matter of the claim of Joseph PICOL, for compensation arising out of personal injuries, v. LEHIGH VALLEY RAILROAD COMPANY. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Award unanimously affirmed, on the authority of Matter of Winfield v. N. Y. C. & H. R. R. R. Co., 216 N. Y. 284, 110 N. E. 614. Kellogg, P. J., not sitting.

In the matter of the claim of Jane PLASS for compensation arising out of the death of Peter Plass, claimant-respondent, v. CENTRAL NEW ENGLAND RAILWAY COMPANY, employer-appellant. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Motion granted.

George L. PLATT and others, claimants-respts., v. STATE of New York, Defendant-Appellant. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Determination unanimously affirmed, with costs.

John A. PLIMPTON, applt., v. BROWN BROTHERS COMPANY, respt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Judgment affirmed with costs. Held: That the clause in the contract providing that "any stock which did not prove true to name as labeled was to be replaced free or purchase price refunded but is not further warranted" limited plaintiff's recovery to the purchase price of said trees. All concur.

In the matter of the claim of Roman POD-KOWNSKI for compensation under the Workmen's Compensation Law, respondent, v. The

NEW YORK CENTRAL RAILROAD COMPANY, employer and self-insurer, appellant. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Award unanimously affirmed. Motion for leave to appeal to the Court of Appeals denied.

James POLLITZ, suing, etc., Applt., v. NEW YORK CENTRAL R. R. CO. et al., Respts. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements, with leave to plaintiff to withdraw demurrer on payment of costs. Appeal from order denying motion for reargument dismissed. No opinion. Order filed.

In the matter of the claim of Anna C. PORTER on behalf of herself as widow, and Margaret Porter, Adele Porter and Clarissa Porter, daughters, and Park Porter, son, for compensation arising out of the death of Lewis M. Porter, deceased, respondent, v. The NEW YORK CENTRAL & HUDSON RIVER RAILROAD COMPANY, employer and self-insurer, appellant. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Award unanimously affirmed. Motion for leave to appeal to the Court of Appeals denied.

In the matter of the claim of Fred C. POTTS, claimant-respondent, for compensation under Workmen's Compensation Law, v. LEHIGH VALLEY RAILROAD COMPANY, employer-appellant. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Award unanimously affirmed.

Lucy PRICE v. N. Y. CONSOLIDATED R. R. CO. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion granted. Order filed.

Nicholas PRINCE, an infant, etc., respt., v. INTERNATIONAL RAILWAY CO., applt. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Judgment and order affirmed with costs. All concur, except Lambert, J., who dissents.

PROVIDENCE–WASHINGTON INS. CO., Respondent, v. PENDLETON, Appellant. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by the Providence-Washington Insurance Company against Fields S. Pendleton. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In the Matter of Application of the PUBLIC SERVICE COMMISSION, etc. Bushwick Station, East New York Route (Route No. 59). (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Motion granted, and order signed.

In re PUTNAM. (Supreme Court, Appellate Division, First Department. December 10, 1915.) In the matter of Robert M. S. Putnam.